# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil Action No. |
| : | 1:09-cv-112 (HL) |
| JIM HENRY ANDREWS, JR., et al., : | |
| Defendants. : | |

## ORDER

This order memorializes the Court's oral instructions to the parties regarding discovery, dispositive motions, and the anticipated trial date.

Original Defendants in this case are Jim Henry Andrews, Jr. and Katherine Andrews Francis. Defendants Quick Cash Pawn & Title Pawn LLC and Sherri Dupree Andrews were joined as parties in November 2010. The Court did not issue a scheduling and discovery order as to Quick Cash Pawn and Sherri Andrews. There is a pending summary judgment motion filed by Defendant Katherine Andrews Francis. An order on the motion will be issued shortly.

This case is set for trial in Albany at the conclusion of Judge Sands' October trial term. The trial term is scheduled from October 3, 2011 to October 21, 2011. This case will be the last case on the calendar. No additional discovery will be conducted prior to the trial because Quick Cash and Sherri Andrews had over six months to conduct discovery despite there being no scheduling and discovery order. No other dispositive motions will be filed. The parties are to contact the Court should any issue arise.

**SO ORDERED**, this the 28th day of June, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**