IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　vs.<br><br><br>JIM HENRY ANDREWS, JR.,<br>KATHERINE ANDREWS FRANCIS,<br>Individually and as Executrix under<br>the will of Jim H. Andrews, Sr.,<br>SHERRI DUPREE ANDREWS, and<br>QUICK CASH PAWN & TITLE PAWN,<br>LLC<br>　　　　Defendants. | CIVIL ACTION<br><br>NO: 1:09-cv-00112-HL |

## CONSENT JUDGMENT

This action was originally filed on July 14, 2009, as a Complaint for Fraudulent Transfer pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, et seq. (Doc 1). The original defendants were Jim Henry Andrews, Jr., and his sister, Katherine Andrews Francis, in her individual capacity and as Executrix under the Will of Jim H. Andrews, Sr. During the course of discovery, additional defendants were identified, and, upon timely motion, the United States of America was allowed to file its Amended Complaint on November 5, 2010. (Doc 39). That amendment added Defendants Sherri Dupree Andrews and Quick Cash Pawn & Title Pawn, LLC. The United States of America was also permitted to add claims of common law fraud against certain defendants.

The Court observes that discovery in the case has been thorough, with multiple depositions and extensive production of documents. There have been several motions including Defendant, Katherine Andrews Francis' Motion for Summary Judgment, which was filed on November 5, 2010

(Doc 37), Amended May 9, 2011 (Doc 62), and disposed of by the Court's Order dated July 13, 2011. (Doc 72).

The Court has held a telephone conference with the parties in order to determine the status of the case and to set a trial date. The next available jury trial term in the Albany division of this Court is October 2011, and the Court set this case to be called at the end of all other criminal and civil trials in October.

The Court observes that Defendant, Jim Henry Andrews, Jr., represented by Attorney Robert Pinnero of Albany, has taken limited part in discovery and trial preparation. The Court is informed that Defendant, Jim Henry Andrews, Jr., is out of the state working. The Court also notes that the criminal restitution obligation of Jim Henry Andrews, Jr., which arose in United States of America vs. Jim Henry Andrews, Jr. Criminal Action Number 7:96-CR-00027 is still enforceable and being pursued by the United States of America.

All parties, with the exception of Jim Henry Andrews, Jr., have determined to conclude this case by voluntary entry of a consent judgment, against Katherine Andrews Francis, Sherri Dupree Andrews and Quick Cash Pawn & Title Pawn, LLC (hereinafter referred to as "three defendants"), upon the terms and conditions set out below and with the Court's approval. Those terms are as follows and they are acceptable to the Court:

    I.    Defendant Katherine Andrews Francis will pay to the United States of America the sum of $54,000.00 in 120 equal monthly payments of $450.00, beginning October 1, 2011, and continuing on the 1st of each month thereafter. No interest shall be charged so long as payments are received by the Clerk of this Court on or before the due date. Payments shall be distributed by the Clerk as set out below.

    II.    Defendants Sherri Dupree Andrews and Quick Cash Pawn & Title Pawn, LLC. shall be jointly and severally obligated to pay the United States of America the sum of $46,000.00 in 119

equal payments of $385.00 and one final payment of $185.00.  Payment is to begin on October 1, 2011, and continuing on the 1st of each month thereafter.  No interest shall be charged so long as payments are received by the Clerk of this Court on or before the due date. Payments shall be distributed as set out below.

      III.      Sums collected from the three defendants in this civil case shall be deposited into the Clerk's case file 7:96-CR-00027 for ultimate distribution as provided by the Order in that case.  It is specifically noted, however, that payments in this civil action are not criminal restitution payments since the three defendants have not been convicted of any crime and their payments are made pursuant to a voluntary agreement to end this civil litigation without trial.  Payment made pursuant to this civil action shall be credited against the criminal restitution balance, but shall be in addition to funds received from Jim Henry Andrews, Jr. The total of all combined monies collected under Criminal Action 7:96-CR-00027 shall not exceed the total balance of principal and interest owing in that case.  This civil judgment shall remain in full force and effect as provided in FDCPA cases.

      IV.      The parties agree and this judgment provides that recording in the Clerk's office of appropriate counties shall be done immediately, naming Katherine Andrews Francis, Sherri Dupree Andrews and Quick Cash Pawn & Title Pawn, LLC as judgment debtors according to their obligations.  Provided, however, the United States of America shall take no active enforcement actions such as foreclosure, garnishment or set off against these parties so long as all their payments described above are timely made.

      V.      Should any defendant choose to pay off their obligation or any portion thereof, there shall be no pre-payment penalty.  However, partial early payment(s) shall not relieve the defendant(s) of their continuing monthly obligation for any remaining balance.

      VI.      The United States of America shall continue its active collection efforts against Jim Henry Andrews, Jr., and all sums collected from him shall be applied against his restitution balance.

Nothing in this Consent Judgment shall act to abrogate in any way Jim Henry Andrews, Jr.'s criminal restitution obligation under Criminal Action number 7:96-CR-00027.

VII.   The three defendants affected by this Consent Judgment shall be entitled to a statement from the United States of America every six months showing their balance paid, their remaining balance and total of collections of restitution.

VIII.   The three defendants recognize and stipulate that this Consent Judgment arises out of claims for fraudulent transfer of property undertaken to defeat the lawful collection of criminal restitution as well as claims arising out of common law fraud practiced for the same reason. Those claims, while not specifically admitted, shall not be subject to discharge in any bankruptcy proceeding filed by said defendants.

IX. This Consent Judgment shall conclude the issues contested in this case, between these signatories, and resolve all disputes arising therefrom so long as all terms are met and carried out.

X.   The parties shall pay their own fees, costs and expenses of this litigation.

These parties are ordered and directed to follow the terms and conditions set out above. Defendant, Jim Henry Andrews, Jr. shall be dismissed without prejudice as a party to this cause of action with the specific proviso that his criminal restitution judgment continues to be legally enforceable and collectible as of this date.

The legal counsel for all parties, except Jim Henry Andrews, Jr. have evidenced their acceptance of this Consent Judgment by their electronic response thereto.

NOW THEREFORE, it is the ORDER of the Court that this be made and entered this 6th day of September, 2011.

```
                                    s/Hugh Lawson
                                    HONORABLE HUGH LAWSON
                                    SENIOR U.S. DISTRICT JUDGE
                                    MIDDLE DISTRICT OF GEORGIA
```

PRESENTED and CONSENTED to by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY


*s/H. Randolph Aderhold*
H. Randolph Aderhold
Assistant United States Attorney
Georgia Bar No. 005150
P.O. Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 621-2728
Facsimile: (478) 621-2737

# CERTIFICATE OF SERVICE

I, H. Randolph Aderhold, Assistant United States Attorney, hereby certify that on **September 2, 2011**, I electronically filed the within and foregoing Proposed Consent Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert J. Pinnero
Attorney for Jim Henry Andrews
P.O. Box 1379
Albany, GA 31702-1379

Steven Shewmaker
Attorney for Katherine Francis
2845 Henderson Mill Road, N.E.
Atlanta, GA 30341-5772

Pete Donaldson
Attorney for Sherri Dupree Andrews
P.O. Box 71209
Albany, GA 31708

M. Drew DeMott
Attorney for Quick Cash Pawn & Title Pawn
2805 N. Oak Street
Valdosta, GA 31602

                                                *s/H. Randolph Aderhold*
                                                H. RANDOLPH ADERHOLD
                                                ASSISTANT U.S. ATTORNEY